UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| MOTORISTS MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 3:22-cv-00034-RLY-MPB |
| JACK FROST, LLC, JAGOE HOMES, INC., JUSTIN W. HICKS AND ASHLEY D. HICKS INDIVIDUALLY AND AS THE PARENTS AND NATURAL GUARDIANS OF THEIR MINOR CHILDREN, E.H. AND J.H., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

This cause comes before the Court on the Stipulation of Dismissal With Prejudice. The Court, having reviewed said Stipulation and being duly advised in the premises, now grants said dismissal.

It is thereby ORDERED, ADJUDGED AND DECREED that this matter is dismissed in its entirety with prejudice, each party to bear its own costs.

Date: 2/02/2023

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record